JOHN S. LEONARDO
United States Attorney
District of Arizona
JAMES R. KNAPP
Assistant U.S. Attorney
Arizona State Bar No. 021166
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: james.knapp2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-16-1065-PHX-DLR (BSB) |
| Plaintiff, | |
| vs. | **MEMORANDUM REGARDING DETENTION** |
| Randall Charles Tucker, aka "Bitcoin Baron," | |
| Defendant. | |

Defendant Randall Charles Tucker is charged with shutting down government websites through the use of distributed denial of service or "DDoS" attacks. One of these attacks targeted the City of Madison's website and threatened public safety by crippling the city's ability to manage critical police and emergency response systems, such as fire department dispatch and 911 emergency services. *See* CR 1 (Indictment) at 2 ¶¶ 4-5. Tucker is also charged with extorting a news service in an attempt to get fame for his crimes while using the online identity, "Bitcoin Baron." *Id.* at 5 ¶ 21.

Tucker is subject to a rebuttable presumption under 18 U.S.C. § 3142(e)(3)(C) that he is a flight risk and danger to the community because he is charged by Indictment with a violation of 18 U.S.C. § 1030(a)(5)(A) resulting in damage under (c)(4)(A)(i)(IV). *See* CR 1 at 3 ¶ 15. Tucker cannot rebut this presumption. Among other concerns,

- Tucker committed the charged DDoS attacks after pleading guilty to and while awaiting sentencing for an unrelated aggravated assault charge. *See* Pretrial

Services Report at 3; Ex 1 (Pinal County docket for CR 201302148 showing March 2, 2015, change of plea; release conditions).

- Tucker continued his attacks on the City of Madison over the course of six days, bragging to others online about the damage it was causing to public safety and celebrating his notoriety. *See* Ex. 2 (conversations via Skype recovered from his computer) at 2. He also bragged about other DDoS attacks, including an unsuccessful attack on the Defense Department website and a successful attack against the Shriner's Hospital website. *Id.* at 5.

- Tucker just finished completing an 18-month sentence for his aggravated assault conviction. During his incarceration, he was disciplined for disobeying orders, tampering with a security device, and assaulting a corrections officer. *See* Ex. 3 (disciplinary records from AZ Dep't of Corrections).

For these and other reasons, the United States recommends that Tucker be ordered detained pending trial as a flight risk and a danger to the community after a consideration of the factors in 18 U.S.C. § 3142(g).

Respectfully submitted this 12th day of September, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

 *s/ James R. Knapp*

JAMES R. KNAPP
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on 9/12/2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Susan Anderson