# Detention Exhibit 1

United States v. Tucker

CR-16-1065-PHX-DLR (BSB)

**Public Access to Court Information - Case Search**

### Case Information

| | | | |
|---|---|---|---|
| Case Number: | S-1100-CR-201302148 | search for case minutes | |
| Title: | ST OF AZ VS TUCKER | Category: | Criminal |
| Court: | Pinal County Superior | Filing Date: | 12/9/2013 |
| Judge: | N/A | Disposition Date: | 6/2/2015 |

| | | |
|---|---|---|
| **THOMAS W KOHLER** | PROSECUTOR - PS1 | |
| **MELINDA KOVACS** | ATTORNEY - Y 1 | |
| **KRISTEN L SHARIFI** | PROSECUTOR - PS2 | |
| **STATE OF ARIZONA** | PLAINTIFF - P 1 | |
| **RANDALL CHARLES TUCKER** | DEFENDANT - D 1 | Date of Birth: 11/1994 |

### Case Activity

| Date | Description | Party |
|---|---|---|
| 7/28/2016 | NOTICE: from DOC re: Defendant Release | D 1 |
| 5/28/2015 | MinuteEntry event for MINUTE ENTRY: CORRECTED MINUTE ENTRY | D 1 |
| 5/28/2015 | MinuteEntry event for MINUTE ENTRY: CORRECTED MINUTE ENTRY | P 1 |
| 5/11/2015 | CONDITIONS: Conditions of Supervised Probation | D 1 |
| 5/11/2015 | CONDITIONS: CONDITIONS OF PROBATION | D 1 |
| 5/11/2015 | JUDGMENT: FINANCIAL JUDGMENT AND ORDER | D 1 |
| 5/11/2015 | NOTICE: RIGHT TO REVIEW AFTER CONVICTION | D 1 |
| 5/11/2015 | JUDGMENT: Judgment and Sentence | D 1 |
| 4/14/2015 | MinuteEntry event for MINUTE ENTRY: CORRECTED MINUTE ENTRY | P 1 |
| 4/14/2015 | MinuteEntry event for MINUTE ENTRY: CORRECTED MINUTE ENTRY | D 1 |
| 4/13/2015 | MinuteEntry event for Minute Entry: Order - Resetting / Cont | P 1 |
| 4/13/2015 | MinuteEntry event for Minute Entry: Order - Resetting / Cont | D 1 |
| 4/13/2015 | CONDITIONS: Conditions of Release | D 1 |
| 4/9/2015 | REPORT: Presentence Report | D 1 |
| 4/9/2015 | REPORT: Confidential Criminal History | D 1 |
| 3/11/2015 | MISCELLANEOUS: Miscellaneous | D 1 |
| 3/2/2015 | PLEA AGREEMENT: PLEA AGREEMENT | D 1 |
| 3/2/2015 | Minute Entry: Change of Plea | D 1 |
| 3/2/2015 | Minute Entry: Change of Plea | P 1 |
| 2/5/2015 | MinuteEntry event for MINUTE ENTRY: CORRECTED MINUTE ENTRY | P 1 |
| 2/5/2015 | MinuteEntry event for MINUTE ENTRY: CORRECTED MINUTE ENTRY | D 1 |
| 2/5/2015 | MISCELLANEOUS: Miscellaneous | D 1 |
| 2/4/2015 | MinuteEntry event for Minute Entry: Order Regarding Assignme | D 1 |
| 2/4/2015 | MinuteEntry event for Minute Entry: Order Regarding Assignme | P 1 |
| 1/26/2015 | MinuteEntry event for Minute Entry: Change of Judge for Caus | D 1 |
| 1/26/2015 | ORDER: Granting | D 1 |
| 1/26/2015 | MinuteEntry event for Minute Entry: Change of Judge for Caus | P 1 |
| 1/20/2015 | MOTION: Motion | D 1 |
| 12/1/2014 | MinuteEntry event for Minute Entry: Order - Resetting / Cont | D 1 |
| 12/1/2014 | MinuteEntry event for Minute Entry: Order - Resetting / Cont | P 1 |

| Date | Event | Party |
|---|---|---|
| 10/30/2014 | MinuteEntry event for Minute Entry: Order - Resetting / Cont | P 1 |
| 10/30/2014 | MinuteEntry event for Minute Entry: Order - Resetting / Cont | D 1 |
| 10/30/2014 | ORDER: Order | D 1 |
| 10/24/2014 | NOTICE: Hearing | D 1 |
| 10/7/2014 | MinuteEntry event for MINUTE ENTRY: Minute Entry | D 1 |
| 10/7/2014 | MinuteEntry event for MINUTE ENTRY: Minute Entry | D 1 |
| 10/7/2014 | MinuteEntry event for MINUTE ENTRY: Minute Entry | P 1 |
| 10/7/2014 | MinuteEntry event for MINUTE ENTRY: Minute Entry | P 1 |
| 9/23/2014 | MOTION: Motion | D 1 |
| 9/22/2014 | MinuteEntry event for Minute Entry: Order - Resetting / Cont | P 1 |
| 9/9/2014 | ORDER: COURT ORDER / RULING | D 1 |
| 8/26/2014 | MOTION: Motion | D 1 |
| 8/11/2014 | MinuteEntry event for Minute Entry: Order - Resetting / Cont | P 1 |
| 7/30/2014 | ORDER: COURT ORDER / RULING | D 1 |
| 7/30/2014 | ORDER: Order | D 1 |
| 7/22/2014 | NOTICE: Assigned Attorney | P 1 |
| 7/3/2014 | MOTION: Motion | D 1 |
| 6/30/2014 | INDICATOR: DEFENDANT FOUND COMPETENT | D 1 |
| 6/30/2014 | MinuteEntry event for Minute Entry: Order - Resetting / Cont | P 1 |
| 6/30/2014 | NOTICE: Disclosure | P 1 |
| 6/2/2014 | MinuteEntry event for Minute Entry: Order - Resetting / Cont | P 1 |
| 6/2/2014 | RULE 11: RULE 11.5 STIPULATION | D 1 |
| 5/30/2014 | NOTICE: Filing Report | D 1 |
| 5/30/2014 | RULE 11: RULE 11 DOCTOR REPORT | D 1 |
| 5/29/2014 | NOTICE: Disclosure | P 1 |
| 5/29/2014 | NOTICE: Disclosure | P 1 |
| 5/12/2014 | REPORT: Report | D 1 |
| 5/7/2014 | REPORT: Report | D 1 |
| 5/7/2014 | MISCELLANEOUS: Miscellaneous | D 1 |
| 5/7/2014 | NOTICE: Filing Report | D 1 |
| 5/7/2014 | MISCELLANEOUS: Miscellaneous | D 1 |
| 5/6/2014 | RULE 11: RULE 11 DOCTOR REPORT | D 1 |
| 5/1/2014 | MISCELLANEOUS: Miscellaneous | D 1 |
| 4/23/2014 | ORDER: Appointing Atty / Investigator / Examiner | D 1 |
| 4/23/2014 | ORDER: Appointing Atty / Investigator / Examiner | D 1 |
| 4/21/2014 | MinuteEntry event for Minute Entry: Rule 11 Motion for Compe | P 1 |
| 4/11/2014 | RULE 11: RULE 11 DOCTOR REPORT | D 1 |
| 4/11/2014 | NOTICE: Filing Report | D 1 |
| 3/18/2014 | NOTICE: Disclosure | P 1 |
| 3/11/2014 | RULE 11: ORDER FOR MENTAL HEALTH EXPERT | D 1 |
| 3/10/2014 | MinuteEntry event for Minute Entry: Rule 11 Motion for Compe | P 1 |
| 3/10/2014 | MinuteEntry event for Minute Entry: Rule 11 Motion for Compe | D 1 |
| 2/5/2014 | RULE 11: Motion for Rule 11 Pre-Screen | D 1 |
| 2/5/2014 | NOTICE: Hearing | D 1 |
| 1/27/2014 | MinuteEntry event for Minute Entry: Order - Resetting/Contin | D 1 |

| | | |
|---|---|---|
| 1/27/2014 | MinuteEntry event for Minute Entry: Order - Resetting/Contin | P 1 |
| 12/27/2013 | CONDITIONS: Conditions of Release | D 1 |
| 12/26/2013 | TRANSCRIPTS: TRANSCRIPT GRAND JURY PROCEEDINGS | D 1 |
| 12/18/2013 | WARRANT: MISCELLANEOUS DOCUMENTS | D 1 |
| 12/17/2013 | MinuteEntry event for MINUTE ENTRY: ARRAIGNMENT | P 1 |
| 12/17/2013 | CONDITIONS: Conditions of Release | D 1 |
| 12/17/2013 | WARRANT: QUASHED | D 1 |
| 12/17/2013 | MinuteEntry event for MINUTE ENTRY: ARRAIGNMENT | D 1 |
| 12/9/2013 | WARRANT: ISSUED | D 1 |
| 12/9/2013 | INDICATOR: DOMESTIC VIOLENCE | D 1 |
| 12/9/2013 | CHARGING DOCUMENT: Indictment | D 1 |
| 12/9/2013 | MinuteEntry event for MINUTE ENTRY: GRAND JURY MINUTES | P 1 |
| 12/9/2013 | MinuteEntry event for MINUTE ENTRY: GRAND JURY MINUTES | D 1 |

**NOTES:**
**Internet Explorer 10 Users: Case details will not display properly unless you switch to Compatibility View.  How?**
**The following case types are excluded from search results:** sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration. **Charges stemming from local ordinance violations are not included.**

**Please be aware of the following limitations of the case records displayed:**
• The information may not be a current, accurate, or complete record of the case.
• The information is subject to change at any time.
• The information is not the official record of the court.
• Not all cases from a participating court may be included.
• The information should not be used as a substitute for a thorough background search of official public records.

**The user is responsible for verifying information provided on this website against official court information filed at the court of record.** Use of this website shall indicate agreement by the user that the Arizona judiciary, including its courts, divisions, officers, and employees, shall not be liable for any loss, consequence, or damage resulting directly or indirectly from the use of any of the information available through this website and that the Arizona judiciary does not provide any warranty, express or implied, that the information provided is accurate, current, correct, or complete.

Data available on this web site is updated frequently and can be provided via electronic media for an annual subscription fee. If interested, please Contact Us.

**Case info is updated on this website daily. Information is updated each Friday to reflect case information through the Wednesday of the same week.**

FILED IN COURT
Date: 12/17/13
Time: 10:00

Chad A. Roche - Clerk
By: _____ Deputy Clerk

IN THE SUPERIOR COURT/JUSTICE/MUNICIPAL COURT
STATE OF ARIZONA-COUNTY OF PINAL

STATE OF ARIZONA )
)
vs. )   Booking Number _____
_Rondall Tucker_ )   Case Number CR2013021945
DEFENDANT

DETERMINATION OF RELEASE CONDITIONS

IT IS HEREBY ORDERED that the defendant be released as indicated below and comply with the following standard conditions checked below during the pendency of the case.

### STANDARD CONDITIONS

(1) Appear for Arraignment/Preliminary/Pretrial _____ on 1/27/13
at 9:30 Am in Div _____ before the Honorable _Gilberto Figueroa_
(2) Appear to answer and submit to further orders and processes of the court having jurisdiction of the case.
(3) Refrain from committing any criminal offenses.
(4) Not leave the state without permission of the court.
If the defendant violates any term of these conditions or release and is later found in any other jurisdiction, defendant hereby knowingly and voluntarily waives extradition.

### RELEASE TYPE

[X] Own Recognizance: The defendant is released and promises to appear in court as required.
[X] Supervised Release: The defendant is released on an own recognizance, subject to the supervision restrictions and conditions of the Pretrial Services Agency of the Superior Court. [X] including alcohol/drug monitoring.
[ ] Third-Party Custody: The defendant will be placed in the custody of:

Name _____ Telephone _____
Address _____
Signed _____
Third Party Custodian

[ ] Cash Bond
[ ] Secured Appearance Bond: The defendant will deposit with the Clerk of the above court the total sum of $ _____ which includes all applicable surcharges.
[ ] Unsecured Appearance Bond: The defendant shall pay to the State of Arizona the Sum of $ _____ in the event the defendant fails to appear as directed.
[ ] No Bond: The defendant is held without bond pursuant to Ariz. Const. Art. 2 Section 22.

### OTHER CONDITIONS AND RESTRICTIONS

[ ] The defendant is not to return to the scene of the alleged crime.
[ ] The defendant is not to initiate contact of any nature with the alleged victim(s) and/or witnesses, including arresting officers.
[ ] The defendant is not to possess any weapons.
[ ] The defendant is not to drink alcoholic beverages.
[ ] The defendant is not to possess or consume any drugs without a valid prescription.
[ ] The defendant shall remain employed or seek employment.
[ ] The defendant shall submit to DNA testing within 24 hours.
[X] Go to all Dr appointments; Take all prescribed medications

### ACKNOWLEDGMENT BY DEFENDANT

I understand the standard conditions and all other conditions of my release checked above, and the forfeitures and penalties listed on the reverse side, applicable in the event I violate them. I agree to comply fully with each condition imposed on my release and to notify the court promptly in the event I change my place of residence.

Date 12/19/13 _____   Defendant: _Randall Tucker_
_____   Address: 445 E Hondo Apt 1
JUDGE/MAGISTRATE/COMMISSIONER   City and State: Apache Junction AZ Zip: 85119
480-374-4357

White – Court File    Blue – Pretrial Services    Pink – Jail    Canary – County Attorney    Goldenrod – Defendant

75-001-0912
25481